AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 2:17mj193-GMB
1-iPhone 7, labeled with )
Serial#: FCNTP2D1HFY0, Model: A1661, FCC ID: )
BCG-E3078A, IC: 579C-E3087A (Device) )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
See Affidavit

located in the ____Middle____ District of ____Alabama____, there is now concealed *(identify the person or describe the property to be seized):*
See Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C § 1028A | Aggravated ID Theft |

The application is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

J. Boykins, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 16, 2017

*Judge's signature*

City and state: Montgomery, AL

GRAY M. BORDEN, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

I, Jerry Boykins, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a federal law enforcement officer within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. This request under Rule 41 (a)(2)(C) of the Federal Rules of Criminal Procedure for a search warrant authorizes the examination of property—an electronic device—which is currently in law enforcement possession, and the extraction from that property of electronically stored information.

2. I have been a duly authorized Postal Inspector with the United States Postal Inspection Service since 2013. Additionally, I have a total of 21 years of law enforcement experience, including a previous tenure as a Police Lieutenant with the Montgomery Police Department. I am currently assigned to the Montgomery Domicile of the Houston, TX Division of the U.S. Postal Inspection Service. My duties as a Postal Inspector among other things are to conduct investigations involving stolen mail matter. I investigate incidents where subject(s) steals, takes, or abstracts, or by fraud or deception obtains, or attempts so to obtain, from or out of any mail, post office, or station thereof, letter box, mail receptacle, or any mail route or other authorized depository for mail matter, or from a letter or mail carrier, any letter, postal card, package, bag, or mail, or abstracts or removes from any such letter, package, bag, or mail, any article or thing contained therein, or secretes, embezzles, or destroys any such letter, postal card, package, bag, or mail, or any article or thing contained therein

1

which is in violation of Title 18, United States Code, Section 1708, and violation of Title 18, United States Code, Section 371, Conspiracy to commit Mail Theft. During my law enforcement career, I have attended numerous fraud, robbery, theft, and embezzlement classes and participated in numerous investigations involving the aforementioned offenses. I have participated in search and arrest warrants where stolen mail matter has been reported and documented. The following information has been obtained by me personally or has been provided to me by other law enforcement officers and postal employees.

3. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

### IDENTIFICATION OF THE DEVICE TO BE EXAMINED

4. The property to be searched is an **iPhone 7**, labeled with SERIAL #: FCNTP2D1HFY0, Model: A1661, FCC ID: BCG-E3078A, IC: 579C-E3087A (Device). The Device is currently located at the United States Postal Inspection Service, 135 Catoma Street, Montgomery, Alabama 36101.

5. The applied for warrant would authorize the forensic examination of the Device for the purpose of identifying electronically stored data.

### PROBABLE CAUSE

6. In late December of 2017, The U.S. Postal Inspection Service received a complaint from PayPal Global Investigations in regards to Tanya L English, aka "Tanya L. Roberts" of 2288 Kent Road, Tallassee, AL 36078, possibly operating an online fraud scheme. The scheme involved English listing numerous high-end baby stroller ads on Craigslist and eBay. Many buyers across the U.S. purchased or attempted to purchase

2

a stroller from English using their PayPal account. Unknown to buyers, English never had a stroller for sale. English communicated with many buyers via text or email and often requested the buyers to use PayPal's Family and Friend Option. This option places all liabilities on the buyer and has little to no fees associated with it as it relates to the seller.

7. During the commission of this online fraud scheme, English made over 600 online attempts to gain funds from fraudulent sales. The intended loss is estimated as more than $277,437.11. PayPal's actual loss is $119,550.51 which involves chargebacks and refunds. This scheme was linked to English via IP address, name, physical address or email.

8. On August 8, 2017, the U.S. Postal Inspection Service, the Alabama Law Enforcement Agency (ALEA), and the Tallassee Police Department executed a search/seizure and arrest warrant at 2288 Kent Road, Tallassee, Alabama 36078. During the search, agents located English and placed her under arrest. After advising English of her *Miranda* rights, she gave agents a recorded full confession that outlined her illegal scheme. English admitted to conducting her scheme by using her iPhone 7 and an iPad. English has exclusive use of these devices.

9. During her post-Miranda interview, English confessed to creating an online ad the morning of August 8, 2017. Using both her iPhone 7 and iPad, English showed agents numerous email conversations and PayPal accounts which she had created. English admitted that many of her PayPal accounts were created using stolen identities. Three of the PayPal account had in excess of $500. These funds came from unsuspecting buyers who thought they were purchasing high-end strollers from English.

3

10. English confessed to obtaining many of the stolen identities from a website known as "Intelius". Intelius is a leading provider of public data about people and their connections to others. Using Intelius one can find people by name, phone, or email for a monthly fee. The website provides instant, detailed results.

11. As part of the search warrant execution on August 8, 2017, agents seized **1-iPhone 7** cell phone, labeled with serial #: FCNTP2D1HFY0, Model: A1661, FCC ID: BCG-E3078A, IC: 579C-E3087A (Device). It is believed that English used this device substantially while conducting her online fraud scheme. The Device is currently in the lawful possession of the United States Postal Inspection Service located at 135 Catoma Street, Montgomery, AL 36101. In my training and experience, I know that the Device has been stored in a manner in which its contents are, to the extent material to this investigation, in substantially the same state as it was when the Device first came into the possession of the United States Postal Inspection Service.

## TECHNICAL TERMS

12. Based on my training and experience, I use the term "wireless telephone" to convey the following meaning: A wireless telephone (or mobile telephone, or cellular telephone) is a handheld wireless device used for voice and data communication through radio signals. These telephones send signals through networks of transmitters/receivers, enabling communication with other wireless telephones or traditional "land line" telephones. A wireless telephone usually contains a "call log," which records the telephone number, date, and time of calls made to and from the phone. In addition to enabling voice communications, wireless telephones offer a broad range of capabilities. These capabilities include: storing names and phones numbers in

4

electronic "address books;" sending, receiving, and storing text messages and e-mail; taking, sending, receiving, and storing still photographs and moving video; storing and playing back audio files; storing dates, appointments, and other information on personal calendars; and accessing and downloading information from the internet. Wireless telephones may also include global positioning system ("GPS") technology for determining the location of the device.

13. Based on my training, experience, and research, I know that the Device has the capability which allows it to serve as a wireless telephone, digital camera, and GPS navigation Device. In my training and experience, examining data stored on devices of this type can uncover, among other things, evidence that reveals or suggests who possessed or used the Device.

## ELECTRONIC STORAGE AND FORENSIC ANALYSIS

14. Based on my knowledge, training, and experience, I know that the Device can store information for long periods of time. Similarly, things that have been viewed via the Internet are typically stored for some period of time on the Device. This information can sometimes be recovered with forensics tools.

15. *Forensic evidence:* As further described in Attachment B, this application seeks permission to locate not only electronically stored information that might serve as direct evidence of the crimes described on the warrant, but also forensic evidence that establishes how the Device was used, the purpose of its use, who used it, and when. There is probable cause to believe that this forensic electronic evidence might be on the Device because:

    a. Data on the Device can provide evidence of a file that was once on the Device but has since been deleted or edited, or a deleted portion of a file (such as a paragraph that has been deleted from a word processing file).

    b. Forensic evidence on the Device can also indicate who has used or controlled the Device. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.

    c. A person with appropriate familiarity with how the Device works may, after examining this forensic evidence in its proper context, be able to draw conclusions about how electronic devices were used, the purpose of their use, who used them and when.

    d. The process of identifying the exact electronically stored information on the Device that is necessary to draw an accurate conclusion is a dynamic process. Electronic evidence is not always data that can be merely reviewed by a review team and passed along to investigators. Whether data stored on a computer is evidence may depend on other information stored on the Device and the application of knowledge about how the Device behaves. Therefore, contextual information necessary to understand other evidence also falls within the scope of the warrant.

    e. Further, in finding evidence of how the Device was used, the purpose of its use, who used it, and when, sometimes it is necessary to establish that a particular thing is not present on a storage medium.

16. *Nature of examination*: Based on the foregoing and consistency with Rule

Case 2:17-mj-00193-GMB   Document 1   Filed 08/16/17   Page 8 of 8

41(e)(2)(C), the warrant I am applying for would permit the examination of the Device consistent with the warrant. The examination may require authorities to employ techniques, including but not limited to computer-assisted scans, of the entire Device, that might expose many parts of the Device to human inspection in order to determine whether it is evidence described by the warrant.

17. *Manner of execution:* This warrant does not involve the physical intrusion onto a premises. Therefore, there is reasonable cause for the Court to authorize execution of the warrant at any time in the day or night.

## CONCLUSION

18. I submit that this affidavit supports probable cause for a search warrant Authorizing the examination of the Device as described in this affidavit.

Jerry Boykins,
United States Postal Inspector

Sworn to and subscribed before me this 16th day of August, 2017, at Montgomery, Alabama.

Gray M. Borden
United States Magistrate Judge

7